IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, <br><br> Plaintiffs, <br><br> v. <br><br> LIGHTNING WEAR APPAREL, INC., <br><br> Defendant. | Civil Action No. 3:22:-cv-01370-SPM |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Eric Foreman filed the above-referenced case against Defendant Lightning Wear Apparel, Inc. on June 24, 2022.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint without prejudice.

Dated: July 14, 2022            Respectfully Submitted,


*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 14th day of July, 2022.

                                                         */s/ Benjamin J. Sweet*
                                                          Benjamin J. Sweet